66

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

Michael N. Milby
Clerk of Court

*Tharwat Hanania* §
§
versus §
§   CIVIL ACTION B 94-55
§
*Texas State Board of Medical* §
*Examiners* §

United States District Court
Southern District of Texas
ENTERED

SEP 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on ___September 1___, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge