United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

# 67

United States District Court
Southern District of Texas
FILED
SEP 22 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THARWAT M. HAMAMCY, § | |
| Plaintiff(s), § | |
| v. § | CIVIL ACTION NO. B-94-55 |
| TEXAS STATE BOARD OF § | |
| MEDICAL EXAMINERS, § | |
| Defendant(s). § | |

1. Plaintiff THARWAT M. HAMAMCY's Motion for Trial Setting [Dkt 64] is DENIED.

2. Plaintiff THARWAT M. HAMAMCY's Motion for Preliminary Hearing [Dkt 65] is DENIED.

3. Plaintiff THARWAT M. HAMAMCY's Motion for Oral Clarification [Dkt 65] is DENIED.

DONE at Brownsville, Texas, this _____ day of September 1998.

Hilda G. Tagle
United States District Judge