*# 68*

# UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

*Tharwat M. Hanamy*

§
§
versus                                    §                    CIVIL ACTION  B- 94-55
§
§
*Texas State Board of*                    §
*Medical Examiners*

United States District Court
Southern District of Texas
FILED

SEP 22 1998

Michael N. Milby, Clerk of Court

## Order Setting Hearing

1.   *(status)*
     A hearing will be held before Judge Hilda G. Tagle on:

                    October 19            , 1998

              at   1:45        p .m.

                    Courtroom,  Fourth Floor
                    United States Court House
                    500 East Tenth Street
                    Brownsville, Texas  78521.

2.   Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.   The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on  22nd   September, 1998, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED

SEP 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

_____
              Hilda G. Tagle
     United States District Judge

o.
mhrgddl.

ClibPDF - www.fastio.com