70

United States District Court
Southern District of Texas
ENTERED

OCT 06 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THARWAT HAMAMCY | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-055 |
| TEXAS STATE BOARD OF | § | |
| MEDICAL EXAMINERS | § | |
| Defendants | § | |
| | § | |

## ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE

BEFORE THE COURT is the Motion to Appear Pro Hac Vice filed by Don Walker, an assistant attorney general for the State of Texas. The Court is of the opinion that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Don Walker be granted leave to appear in this matter and to represent the Texas State Board of Medical Examiners.

SIGNED on this 6 day of October, 1998.

_____
UNITED STATES DISTRICT JUDGE