84

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
APR 19 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

*M Amarey, et al.* §
                  §
versus             §    CIVIL ACTION B-94-055
                  §
                  §
*Texas State Board of Laws, et al* §

### Order Setting Hearing

1.    A hearing will be held before Judge Hilda G. Tagle on:

         __5-21__, 1999

         at __11:00__ p.m.

         Courtroom, Fourth Floor
         United States Courthouse
         500 East Tenth Street
         Brownsville, Texas 78521.

2.    Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.    The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __April 19th__, 1999, at Brownsville, Texas.

                                     Hilda G. Tagle
                                     United States District Judge

o.
mhrgddl.