86

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAY 2 8 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THARWAT M. HAMAMCY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-55 |
| | § | |
| TEXAS STATE BOARD OF | § | |
| MEDICAL EXAMINERS, | § | |
| | § | |
| Defendant. | § | |

## FINAL ORDER

1.  Defendant Texas State Board of Medical Examiner's [*sic*] Second Motion to Dismiss [Dkt. No. 76] is **GRANTED.**

2.  The causes of action against Defendant are **DISMISSED WITH PREJUDICE.**

3.  Future filings by PLAINTIFF THARWAT M. HAMAMCY arising from the revocation of his medical license will subject THARWAT M. HAMAMCY to sanctions pursuant to Fed. R. Civ. P. Rule 11.

4.  All pending Motions in this case filed by PLAINTIFF THARWAT M. HAMAMCY are **DENIED.**

DONE at Brownsville, Texas, this 28 day of May 1999.

Hilda G. Tagle
United States District Judge