89

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUNE 23 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THARWAT M. HAMAMCY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-55 |
| | § | |
| TEXAS STATE BOARD OF MEDICAL | § | |
| EXAMINERS | § | |
| Defendant | § | |

ORDER

Plaintiff THARWAT M. HAMAMCY's Motion to Reinstate [Dkt. No. 88] is **DENIED.**

Plaintiff is **ORDERED** to appear and show cause as to why he should not be held in contempt for violating the Court's Final Order signed on May 28, 1999. Said hearing will take place on July 16, 1999 at 2:45 p.m. at the new federal courthouse located on 600 E. Harrison St. in Brownsville, Texas, Rm. 306.

DONE at Brownsville, Texas, this 23 day of June 1999.

Hilda G. Tagle
United States District Judge