92

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| THARWAT M. HAMAMCY, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-55 |
| | § | |
| TEXAS STATE BOARD OF | § | |
| MEDICAL EXAMINERS, et al, | § | |
| Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on September 22, 1999, the Court considered Plaintiff THARWAT M. HAMAMCY's motion to forward a complete caption of the case to the Court of Appeals (Dkt. No. 91). Considering the fact that the entire file has been forwarded to the United States Court of Appeals for the Fifth Circuit and the lack of explanation in Plaintiff's motion, this Court will not forward anything further. Should the Fifth Circuit require any information, the clerk of that Court should contact this Court. The Plaintiff should not make such requests.

The Court reminds Plaintiff THARWAT M. HAMAMCY of its admonishments in the FINAL ORDER that future filings by Plaintiff THARWAT M. HAMAMCY arising from the revocation of his medical license will subject THARWAT M. HAMAMCY to sanctions pursuant to Fed. R. Civ. P. Rule 11.

DONE at Brownsville, Texas, this 27 day of September 1999.

Hilda G. Tagle
United States District Judge